**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| INDUSTRIAS NEGROMEX, S.A. DE C.V. and DYNASOL, LLC </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 21-00495 |

To:   The Attorney General of the United States
      and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and standing of plaintiff:</u>

Plaintiffs, Industrias Negromex, S.A. de C.V. ("Negromex") and Dynasol, LLC, are a manufacturer/exporter of emulsion-styrene-butadiene rubber ("ESBR") from Mexico and a U.S. importer of ESBR from Mexico, respectively. Plaintiffs' products were the subject of the U.S. Department of Commerce's antidumping administrative review, for which the final results were published as *Emulsion Styrene-Butadiene Rubber from Mexico: Final Results of Antidumping Duty Administrative Review; 2018-2019*, 86 Fed. Reg. 41,815 (Dep't. Comm. Aug. 3, 2021) ("*Final Results*").

Plaintiffs participated in the above-referenced proceeding through the submission of responses to questionnaires, submission of factual information, and written arguments. Thus, Plaintiffs are interested parties as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiffs, accordingly, have standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief description of the contested determination:</u>

Plaintiffs contest the aforementioned *Final Results* U.S. Department of Commerce, International Trade Administration.

The antidumping duty proceeding was conducted pursuant to section 751 of the Tariff Act of 1930, as amended (19 U.S.C. §1675). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>Effective date of the determination:</u>

The effective date of the *Final Results* is August 3, 2021.

4. <u>Date of publication in the Federal Register of the contested determination</u>:

The *Final Results* of the above-referenced proceeding were published in the Federal Register on August 3, 2021.

> Respectfully submitted,
> */s/ William C. Sjoberg*
> William C. Sjoberg
> Mark R. Ludwikowski
> Maram T. Salaheldin
> Courtney G. Taylor
>
> CLARK HILL PLC
> 1001 Pennsylvania Avenue, NW
> 1300 South
> Washington, DC 20004
> 202-772-0924

Dated: August 24, 2021

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

Robert Heilferty, Esq.
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230